**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: HOGAN, MARY E § Case No. 12-42225-ABG
§
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 24, 2012. The undersigned trustee was appointed on October 25, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         13,938.69

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 31.99 |
| Bank service fees | 840.11 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 13,066.59 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/01/2014 and the deadline for filing governmental claims was 04/22/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,143.87. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,143.87, for a total compensation of $2,143.87.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/15/2017            By: /s/ILENE F. GOLDSTEIN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-42225-ABG  
**Case Name:** HOGAN, MARY E  

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/22/13 (c)  
**§341(a) Meeting Date:** 11/21/13  

**Period Ending:** 08/15/17  

**Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  27W996 Industrial Ave., Lake, (PIN: 12-21-401-00<br>   Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 750,000.00 | 0.00 | | 0.00 | FA |
| 2  28W022 Industrial Ave., Lake, (PIN: 13-21-401-00<br>   Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 750,000.00 | 0.00 | | 0.00 | FA |
| 3  Real Estate Located at 23429 N. Snuff Valley Rd.<br>   Orig. Asset Memo: Imported from Amended Doc#: 12 | 350,000.00 | 25,766.00 | | 0.00 | FA |
| 4  27W996 Industrial Ave., Lake Barrington, IL (PIN<br>   Orig. Asset Memo: Imported from Amended Doc#: 12  (See Footnote) | 750,000.00 | 750,000.00 | | 0.00 | FA |
| 5  28W022 Industrial Ave., Lake Barrington, IL 6001<br>   Orig. Asset Memo: Imported from Amended Doc#: 12  (See Footnote) | 750,000.00 | 750,000.00 | | 0.00 | FA |
| 6  Vacant Lot (Cary, IL)<br>   Orig. Asset Memo: Imported from Amended Doc#: 12 | 75,000.00 | 75,000.00 | OA | 0.00 | FA |
| 7  Cash on Hand<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8  Checking Account with 5th 3rd Bank Ending: 1050<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  Checking Account with Chase Ending: 6345<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 766.00 | 0.00 | | 0.00 | FA |
| 10 Checking Account with Chase Ending: 8056<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 11 Checking account at TCF Bank Ending: DIP<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 13,938.69 | 0.00 | | 13,938.69 | FA |
| 12 Checking account at TCF Bank Ending: 9806 | 126.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-42225-ABG | Trustee: | (330290) ILENE F. GOLDSTEIN |
| --- | --- | --- | --- |
| Case Name: | HOGAN, MARY E | Filed (f) or Converted (c): | 10/22/13 (c) |
| | | §341(a) Meeting Date: | 11/21/13 |
| Period Ending: | 08/15/17 | Claims Bar Date: | 05/01/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Savings Account with Chase Ending: 9195<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 401.00 | 0.00 | | 0.00 | FA |
| 14 | Miscellaneous Household Goods<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6,500.00 | 3,000.00 | | 0.00 | FA |
| 15 | Miscellaneous Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 16 | Miscellaneous Jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 17 | Term-life insurance through Lincoln, no cash val<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | CCI Properties<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 2012 Lincoln MKS (2400 miles) (Lease 36 mos.)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 19,865.00 | 0.00 | | 0.00 | FA |
| 20 | Mary Hogan Trust dated 5/24/06<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Cash from Sale in Chapter11 | Unknown | Unknown | | 0.00 | FA |
| 21 | **Assets**  Totals (Excluding unknown values) | **$3,473,596.69** | **$1,606,766.00** | | **$13,938.69** | **$0.00** |

| RE PROP# 1 | This property was administered in the Chapter 11 prior to the conversion and the appointment of the Trustee. |
| --- | --- |
| RE PROP# 2 | The Debtor disposed of this property in the Chapter 11. |
| RE PROP# 4 | The Debtor disposed of this property in the Chapter 11. |
| RE PROP# 5 | The Debtor disposed of this property in the Chapter 11. |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-42225-ABG  
**Case Name:** HOGAN, MARY E  

**Period Ending:** 08/15/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/22/13 (c)  
**§341(a) Meeting Date:** 11/21/13  
**Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE HAS RECEIVED SOME FUNDS FROM A CONVERTED CHAPTER 11 AND IS EVALUATING CERTAIN REAL ESTATE INTERESTS. THE TRUSTEE HIRED A BROKER AND WAS ATTEMPTING TO SELL SOME PROPERTY. THE TRUSTEE HAS LEARNED THAT THE PROPERTY IS UNSALEABLE AS IT IS NOT BUILDABLE. THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE. THE TRUSTEE IS NOW FILING HER FINAL TAX RETURNS AND CLOSING THE ESTATE.

STATUS jANUARY 2017: THE TRUSTEE WAS ADVISED THAT THE DEBTOR HAD DIED AND THAT THERE WAS AN ESTATE THAT HAD ASSETS WHICH WOULD BELONG TO THE BANKRUPTCY ESTATE. aFTER SPENDING A CONSIDERABLE AMOUNT OF TIME WITH THE COUNSEL FOR THE EXECUTORS IN A SITUATION WHERE THERE WAS A QUESTION OF WHETHER OR NOT THERE WAS A WILL THE TRUSTEE HAS RECENTLY DETERMINED THAT THE ESTATE WILL YIELD NO MONETARY FUNDS TO THE BANKRUPTCY ESTATE.

cURRENTLY THERE FOR THE TRUSTEE IS CLOSING THIS CASE AND EXPECTS TO HAVE THE FINAL REPORTS ON FILE

**Initial Projected Date Of Final Report (TFR):** September 30, 2015     **Current Projected Date Of Final Report (TFR):** May 31, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-42225-ABG
**Case Name:** HOGAN, MARY E
**Taxpayer ID #:** **-***1409
**Period Ending:** 08/15/17

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** Rabobank, N.A.
**Account:** ******6566 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/13 | {11} | Hogan | Cash in Bank | 1129-000 | 13,938.69 | | 13,938.69 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.70 | 13,923.99 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.69 | 13,903.30 |
| 02/25/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-42225, Bond Premium Voided on 03/07/14 | 2300-000 | | 17.79 | 13,885.51 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.66 | 13,866.85 |
| 03/07/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-42225, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -17.79 | 13,884.64 |
| 03/07/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-42225, Bond Premium Voided on 03/10/14 | 2300-000 | | 14.36 | 13,870.28 |
| 03/10/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-42225, Bond Premium Voided: check issued on 03/07/14 | 2300-000 | | -14.36 | 13,884.64 |
| 03/10/14 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #12-42225, Bond Premium | 2300-000 | | 14.36 | 13,870.28 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.29 | 13,850.99 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.25 | 13,829.74 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.89 | 13,809.85 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.20 | 13,790.65 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.81 | 13,768.84 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.14 | 13,749.70 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.09 | 13,728.61 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.40 | 13,708.21 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.74 | 13,690.47 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.31 | 13,668.16 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.65 | 13,648.51 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.32 | 13,630.19 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.91 | 13,609.28 |
| 04/03/15 | 104 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE | 2300-000 | | 7.45 | 13,601.83 |

Subtotals :  $13,938.69   $336.86

{} Asset reference(s)

Printed: 08/15/2017 12:53 PM   V.13.30

Exhibit B

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-42225-ABG  
**Case Name:** HOGAN, MARY E  
**Taxpayer ID #:** **-***1409  
**Period Ending:** 08/15/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #12-42225, Bond | | | | |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.56 | 13,582.27 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.88 | 13,563.39 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.80 | 13,542.59 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.12 | 13,522.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.80 | 13,503.67 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.71 | 13,482.96 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.39 | 13,463.57 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.71 | 13,444.86 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.27 | 13,423.59 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.61 | 13,404.98 |
| 02/22/16 | 105 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #12-42225 | 2300-000 | | 6.15 | 13,398.83 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.58 | 13,380.25 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.11 | 13,359.14 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.52 | 13,340.62 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.49 | 13,322.13 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.02 | 13,301.11 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.44 | 13,282.67 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.95 | 13,261.72 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.02 | 13,242.70 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.35 | 13,224.35 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.23 | 13,204.12 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.93 | 13,185.19 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.22 | 13,164.97 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.67 | 13,147.30 |
| 03/02/17 | 106 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-42225 Voided on 03/02/17 | 2300-000 | | 4.02 | 13,143.28 |
| 03/02/17 | 106 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-42225 Voided: check issued on 03/02/17 | 2300-000 | | -4.02 | 13,147.30 |
| 03/02/17 | 107 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-42225 | 2300-000 | | 4.03 | 13,143.27 |

Subtotals :    $0.00    $458.56

{} Asset reference(s)    Printed: 08/15/2017 12:53 PM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-42225-ABG  
**Case Name:** HOGAN, MARY E  

**Taxpayer ID #:** **-***1409  
**Period Ending:** 08/15/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 03/02/17 | | | | |
| 03/02/17 | 107 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-42225<br>Voided: check issued on 03/02/17 | 2300-000 | | -4.03 | 13,147.30 |
| 03/02/17 | 108 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-42225, Bond | 2300-000 | | 4.03 | 13,143.27 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.53 | 13,123.74 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.61 | 13,106.13 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.73 | 13,085.40 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.81 | 13,066.59 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 13,938.69 | 872.10 | $13,066.59 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 13,938.69 | 872.10 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $13,938.69 | $872.10 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6566** | 13,938.69 | 872.10 | 13,066.59 |
| | $13,938.69 | $872.10 | $13,066.59 |

{} Asset reference(s)

Printed: 08/15/2017 12:53 PM     V.13.30

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 12-42225-ABG  
**Debtor Name:** HOGAN, MARY E

Page: 1

**Date:** August 15, 2017  
**Time:** 12:53:54 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,143.87 | $0.00 | 2,143.87 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $388.50 | $0.00 | 388.50 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $4,795.00 | $0.00 | 4,795.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $218.08 | $0.00 | 218.08 |
| 16<br>200 | Office of the U.S. Trustee (ADMINISTRATIVE)<br>219 S Dearbrn St.<br>Room 873<br>Chicago, IL 60604 | Admin Ch. 7 | History: Details16-112/02/2013Claim #16 filed by Office of the U.S. Trustee, Admin claimed: $975.00 (Harvalis, Dean )<br>-----------------------------------------------------------------------------* * * | $975.00 | $0.00 | 975.00 |
| 300 | Konstatine Gus Sparagus<br>900 W. Jackson St<br>chicago, IL 60607 | Admin Ch. 11 | Allowed attorney fee per Court order docket entry 100 | $44,027.50 | $0.00 | 44,027.50 |
| 300 | Konstatine Gus Sparagus<br>900 W. Jackson St<br>chicago, IL 60607 | Admin Ch. 11 | Allowed attorney expenses per Court order docket entry 100 | $244.80 | $0.00 | 244.80 |
| 5P<br>570 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | History: Details5-110/31/2012Claim #5 filed by Department of the Treasury, Amount claimed: $6043.78 (Hayes, Bruce )<br>-----------------------------------------------------------------------------* * * | $5,723.08 | $0.00 | 5,723.08 |
| 14P<br>570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | History: Details14-104/18/2013Claim #14 filed by Illinois Department of Revenue, Amount claimed: $663.30 (Kaminski, Karim )<br>-----------------------------------------------------------------------------* * * | $603.00 | $0.00 | 603.00 |
| 15<br>100 | Selene Finance, LP<br>9990 Richmond Ave., Suite 400<br>Houston, TX 77042 | Secured | History: Details15-104/18/2013Claim #15 filed by Selene Finance, LP, Amount claimed: $304154.47 (Giannino, Heather )<br><br>Claim withdrawn | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 12-42225-ABG  
**Debtor Name:** HOGAN, MARY E

Page: 2

**Date:** August 15, 2017  
**Time:** 12:53:54 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1<br>610 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | History: Details1-110/29/2012Claim #1 filed by PNC BANK, Amount claimed: $16745.84 (Green, Terese ) | $16,745.84 | $0.00 | 16,745.84 |
| 2<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details2-110/30/2012Claim #2 filed by Discover Bank, Amount claimed: $3313.23 (Slusher, Darlene ) | $3,313.23 | $0.00 | 3,313.23 |
| 3<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details3-110/30/2012Claim #3 filed by Discover Bank, Amount claimed: $2324.35 (Slusher, Darlene ) | $2,324.35 | $0.00 | 2,324.35 |
| 4<br>610 | Lincoln Automotive Financial Services<br>P.O. Box 6275<br>Dearborn, MI 48121 | Unsecured | 05/06/2015 Amendment 4-2 imported by ILENE; original claim didn't exist<br>History: Details4-110/30/2012Claim #4 filed by Lincoln Automotive Financial Services, Amount claimed: $18724.14 (Koroly, Cynthia )<br>Details4-202/03/2014Amended Claim #4 filed by Lincoln Automotive Financial Services, Amount claimed: $10976.22 (Kaczmarczyk, Loretta ) | $10,976.22 | $0.00 | 10,976.22 |
| 5U<br>610 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | History: Details5-110/31/2012Claim #5 filed by Department of the Treasury, Amount claimed: $6043.78 (Hayes, Bruce ) | $320.70 | $0.00 | 320.70 |
| 6<br>610 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Unsecured | History: Details6-111/07/2012Claim #6 filed by Fifth Third Bank, Amount claimed: $72.00 (Domel, Coutney ) | $72.00 | $0.00 | 72.00 |
| 7<br>610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details7-111/30/2012Claim #7 filed by American Express Bank, FSB, Amount claimed: $593.91 (Lee, Thomas ) | $593.91 | $0.00 | 593.91 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 12-42225-ABG  
**Debtor Name:** HOGAN, MARY E

Page: 3

**Date:** August 15, 2017  
**Time:** 12:53:54 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 8 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details8-102/04/2013Claim #8 filed by American Express Centurion Bank, Amount claimed: $18288.41 (Lee, Thomas )<br>------------------------------------------------------------------------------* * * | $18,288.41 | $0.00 | 18,288.41 |
| 9 610 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | History: Details9-102/25/2013Claim #9 filed by Capital One, N.A.(Neiman Marcus), Amount claimed: $3383.04 (Hunt, Carla )<br>5604/23/2013Transfer of Claim. Transferor: Capital One, N.A.(Neiman Marcus) (Claim No. 9, Amount 3383.04) To eCAST Settlement Corporation. Filed by eCAST Settlement Corporation. Objections due by 05/14/2013. (Watkins, Jaime)<br>------------------------------------------------------------------------------* * * | $3,383.04 | $0.00 | 3,383.04 |
| 10 610 | Fifth-Third Bank<br>c/o: Leslie Allen Bayles,Bryan Cave LLP,161 North Clark St Ste 4300<br>Chicago, IL 60601 | Unsecured | 05/06/2015 Amendment 10-2 imported by ILENE; original claim didn't exist<br>------------------------------------------------------------------------------<br>History: Details10-103/12/2013Claim #10 filed by Fifth-Third Bank, Amount claimed: $967085.37 (Davis, Aaron )<br>Details10-210/02/2013Amended Claim #10 filed by Fifth-Third Bank, Amount claimed: $222693.38 (Davis, Aaron )<br>------------------------------------------------------------------------------* * * | $222,693.38 | $0.00 | 222,693.38 |
| 11 610 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOC ND,<br>Norfolk, VA 23541 | Unsecured | History: Details11-103/15/2013Claim #11 filed by Portfolio Recovery Associates, LLC, Amount claimed: $2681.22 (Garcia, Dolores )<br>------------------------------------------------------------------------------* * * | $2,681.22 | $0.00 | 2,681.22 |
| 12 610 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOC ND,<br>Norfolk, VA 23541 | Unsecured | History: Details12-103/15/2013Claim #12 filed by Portfolio Recovery Associates, LLC, Amount claimed: $356.39 (Garcia, Dolores )<br>------------------------------------------------------------------------------* * * | $356.39 | $0.00 | 356.39 |
| 13 610 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | History: Details13-103/15/2013Claim #13 filed by Bureaus Investment Group Portfolio No 15 LLC, Amount claimed: $11389.15 (Singh, Ramesh )<br>------------------------------------------------------------------------------* * * | $11,389.15 | $0.00 | 11,389.15 |
| 14U 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | History: Details14-104/18/2013Claim #14 filed by Illinois Department of Revenue, Amount claimed: $663.30 (Kaminski, Karim )<br>------------------------------------------------------------------------------* * * | $60.30 | $0.00 | 60.30 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 12-42225-ABG  
**Debtor Name:** HOGAN, MARY E

Page: 4

**Date:** August 15, 2017  
**Time:** 12:53:54 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 610 | John O. Resnskers 3205 E. Crystal Lake Ave. Crystal Lake, IL 60014 | Unsecured | History: Details17-104/23/2014Claim #17 filed by John O. Resnskers, Amount claimed: $37310.00 (Dragonetti, Alex ) -------------------------------------------------------------------------------* * * | $37,310.00 | $0.00 | 37,310.00 |
| **<< Totals >>** | | | | 389,626.97 | 0.00 | 389,626.97 |

**TRUSTEE'S PROPOSED DISTRIBUTION**　　　　Exhibit D

Case No.: 12-42225-ABG
Case Name: HOGAN, MARY E
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**　　$　13,066.59

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 | Selene Finance, LP | 304,154.47 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:　$　0.00
Remaining balance:　$　13,066.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 2,143.87 | 0.00 | 2,143.87 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 4,795.00 | 0.00 | 4,795.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 218.08 | 0.00 | 218.08 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 388.50 | 0.00 | 388.50 |
| Fees, United States Trustee | 975.00 | 0.00 | 975.00 |

Total to be paid for chapter 7 administration expenses:　$　8,520.45
Remaining balance:　$　4,546.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/D-I-P Fees - Konstatine Gus Sparagus | 44,027.50 | 0.00 | 4,521.00 |
| Attorney for D-I-P Expenses - Konstatine Gus Sparagus | 244.80 | 0.00 | 25.14 |

Total to be paid for prior chapter administrative expenses:　$　4,546.14
Remaining balance:　$　0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,326.08 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5P | Department of the Treasury | 5,723.08 | 0.00 | 0.00 |
| 14P | Illinois Department of Revenue | 603.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 330,508.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | PNC BANK | 16,745.84 | 0.00 | 0.00 |
| 2 | Discover Bank | 3,313.23 | 0.00 | 0.00 |
| 3 | Discover Bank | 2,324.35 | 0.00 | 0.00 |
| 4 | Lincoln Automotive Financial Services | 10,976.22 | 0.00 | 0.00 |
| 5U | Department of the Treasury | 320.70 | 0.00 | 0.00 |
| 6 | Fifth Third Bank | 72.00 | 0.00 | 0.00 |
| 7 | American Express Bank, FSB | 593.91 | 0.00 | 0.00 |
| 8 | American Express Centurion Bank | 18,288.41 | 0.00 | 0.00 |
| 9 | eCAST Settlement Corporation | 3,383.04 | 0.00 | 0.00 |
| 10 | Fifth-Third Bank | 222,693.38 | 0.00 | 0.00 |
| 11 | Portfolio Recovery Associates, LLC | 2,681.22 | 0.00 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 356.39 | 0.00 | 0.00 |
| 13 | Bureaus Investment Group Portfolio No 15 LLC | 11,389.15 | 0.00 | 0.00 |
| 14U | Illinois Department of Revenue | 60.30 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 17 | John O. Resnskers | 37,310.00 | 0.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**