**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: HOGAN, MARY E                             § Case No. 12-42225
                                                 §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,459,658.00                   Assets Exempt: $26,193.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00            Claims Discharged
                                                  Without Payment: $336,834.22

Total Expenses of Administration: $13,938.69

---

3) Total gross receipts of $    13,938.69    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $13,938.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $304,154.47 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,392.55 | 9,392.55 | 9,392.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 44,272.30 | 44,272.30 | 4,546.14 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,326.08 | 6,326.08 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 330,508.14 | 330,508.14 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $694,653.54 | $390,499.07 | $13,938.69 |

4) This case was originally filed under Chapter 7 on October 24, 2012. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2017          By: /s/ILENE F. GOLDSTEIN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account at TCF Bank Ending: DIP | 1129-000 | 13,938.69 |
| **TOTAL GROSS RECEIPTS** | | **$13,938.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Selene Finance, LP | 4110-000 | N/A | 304,154.47 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$304,154.47** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,143.87 | 2,143.87 | 2,143.87 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 4,795.00 | 4,795.00 | 4,795.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 218.08 | 218.08 | 218.08 |
| Other - Jodi E. Gimbel, P.C. | 3410-000 | N/A | 388.50 | 388.50 | 388.50 |
| U.S. Trustee Quarterly Fees - Office of the U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.70 | 14.70 | 14.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.69 | 20.69 | 20.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.66 | 18.66 | 18.66 |
| Other - INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 14.36 | 14.36 | 14.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.29 | 19.29 | 19.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.25 | 21.25 | 21.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.89 | 19.89 | 19.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.20 | 19.20 | 19.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.81 | 21.81 | 21.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.14 | 19.14 | 19.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.09 | 21.09 | 21.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.40 | 20.40 | 20.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.74 | 17.74 | 17.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.31 | 22.31 | 22.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.65 | 19.65 | 19.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.32 | 18.32 | 18.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.91 | 20.91 | 20.91 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 7.45 | 7.45 | 7.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.56 | 19.56 | 19.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.88 | 18.88 | 18.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.80 | 20.80 | 20.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.12 | 20.12 | 20.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.80 | 18.80 | 18.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.71 | 20.71 | 20.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.39 | 19.39 | 19.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.71 | 18.71 | 18.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.27 | 21.27 | 21.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.61 | 18.61 | 18.61 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 6.15 | 6.15 | 6.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.58 | 18.58 | 18.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.11 | 21.11 | 21.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.52 | 18.52 | 18.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.49 | 18.49 | 18.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.02 | 21.02 | 21.02 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.44 | 18.44 | 18.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.95 | 20.95 | 20.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.02 | 19.02 | 19.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.35 | 18.35 | 18.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.23 | 20.23 | 20.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.93 | 18.93 | 18.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.22 | 20.22 | 20.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.67 | 17.67 | 17.67 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 4.03 | 4.03 | 4.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.53 | 19.53 | 19.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.61 | 17.61 | 17.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.73 | 20.73 | 20.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.81 | 18.81 | 18.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,392.55 | $9,392.55 | $9,392.55 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Konstatine Gus Sparagus | 6210-000 | N/A | 44,027.50 | 44,027.50 | 4,521.00 |
| Konstatine Gus Sparagus | 6220-170 | N/A | 244.80 | 244.80 | 25.14 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $44,272.30 | $44,272.30 | $4,546.14 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Department of the Treasury | 5800-000 | N/A | 5,723.08 | 5,723.08 | 0.00 |
| 14P | Illinois Department of Revenue | 5800-000 | N/A | 603.00 | 603.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,326.08 | $6,326.08 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK | 7100-000 | N/A | 16,745.84 | 16,745.84 | 0.00 |
| 2 | Discover Bank | 7100-000 | N/A | 3,313.23 | 3,313.23 | 0.00 |
| 3 | Discover Bank | 7100-000 | N/A | 2,324.35 | 2,324.35 | 0.00 |
| 4 | Lincoln Automotive Financial Services | 7100-000 | N/A | 10,976.22 | 10,976.22 | 0.00 |
| 5U | Department of the Treasury | 7100-000 | N/A | 320.70 | 320.70 | 0.00 |
| 6 | Fifth Third Bank | 7100-000 | N/A | 72.00 | 72.00 | 0.00 |
| 7 | American Express Bank, FSB | 7100-000 | N/A | 593.91 | 593.91 | 0.00 |
| 8 | American Express Centurion Bank | 7100-000 | N/A | 18,288.41 | 18,288.41 | 0.00 |
| 9 | eCAST Settlement Corporation | 7100-000 | N/A | 3,383.04 | 3,383.04 | 0.00 |
| 10 | Fifth-Third Bank | 7100-000 | N/A | 222,693.38 | 222,693.38 | 0.00 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,681.22 | 2,681.22 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 356.39 | 356.39 | 0.00 |
| 13 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | N/A | 11,389.15 | 11,389.15 | 0.00 |
| 14U | Illinois Department of Revenue | 7100-000 | N/A | 60.30 | 60.30 | 0.00 |
| 17 | John O. Resnskers | 7100-000 | N/A | 37,310.00 | 37,310.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $330,508.14 | $330,508.14 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-42225  
**Case Name:** HOGAN, MARY E  

**Period Ending:** 10/19/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/22/13 (c)  
**§341(a) Meeting Date:** 11/21/13  
**Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 27W996 Industrial Ave., Lake, (PIN: 12-21-401-00<br>    Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 750,000.00 | 0.00 | | 0.00 | FA |
| 2 | 28W022 Industrial Ave., Lake, (PIN: 13-21-401-00<br>    Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 750,000.00 | 0.00 | | 0.00 | FA |
| 3 | Real Estate Located at 23429 N. Snuff Valley Rd.<br>    Orig. Asset Memo: Imported from Amended Doc#: 12 | 350,000.00 | 25,766.00 | | 0.00 | FA |
| 4 | 27W996 Industrial Ave., Lake Barrington, IL (PIN<br>    Orig. Asset Memo: Imported from Amended Doc#: 12  (See Footnote) | 750,000.00 | 750,000.00 | | 0.00 | FA |
| 5 | 28W022 Industrial Ave., Lake Barrington, IL 6001<br>    Orig. Asset Memo: Imported from Amended Doc#: 12  (See Footnote) | 750,000.00 | 750,000.00 | | 0.00 | FA |
| 6 | Vacant Lot (Cary, IL)<br>    Orig. Asset Memo: Imported from Amended Doc#: 12 | 75,000.00 | 75,000.00 | OA | 0.00 | FA |
| 7 | Cash on Hand<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account with 5th 3rd Bank Ending: 1050<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Checking Account with Chase Ending: 6345<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 766.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Account with Chase Ending: 8056<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 11 | Checking account at TCF Bank Ending: DIP<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 13,938.69 | 0.00 | | 13,938.69 | FA |
| 12 | Checking account at TCF Bank Ending: 9806 | 126.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-42225  
**Case Name:** HOGAN, MARY E  

**Period Ending:** 10/19/17

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/22/13 (c)  
**§341(a) Meeting Date:** 11/21/13  
**Claims Bar Date:** 05/01/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Savings Account with Chase Ending: 9195<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 401.00 | 0.00 | | 0.00 | FA |
| 14 | Miscellaneous Household Goods<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6,500.00 | 3,000.00 | | 0.00 | FA |
| 15 | Miscellaneous Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 16 | Miscellaneous Jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 17 | Term-life insurance through Lincoln, no cash val<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | CCI Properties<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 2012 Lincoln MKS (2400 miles) (Lease 36 mos.)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 19,865.00 | 0.00 | | 0.00 | FA |
| 20 | Mary Hogan Trust dated 5/24/06<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Cash from Sale in Chapter11 | Unknown | Unknown | | 0.00 | FA |
| 21 | **Assets**  **Totals** (Excluding unknown values) | **$3,473,596.69** | **$1,606,766.00** | | **$13,938.69** | **$0.00** |

RE PROP# 1   This property was administered in the Chapter 11 prior to the conversion and the appointment of the Trustee.  
RE PROP# 2   The Debtor disposed of this property in the Chapter 11.  
RE PROP# 4   The Debtor disposed of this property in the Chapter 11.  
RE PROP# 5   The Debtor disposed of this property in the Chapter 11.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-42225  
**Case Name:** HOGAN, MARY E  

**Period Ending:** 10/19/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/22/13 (c)  
**§341(a) Meeting Date:** 11/21/13  
**Claims Bar Date:** 05/01/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE HAS RECEIVED SOME FUNDS FROM A CONVERTED CHAPTER 11 AND IS EVALUATING CERTAIN REAL ESTATE INTERESTS. THE TRUSTEE HIRED A BROKER AND WAS ATTEMPTING TO SELL SOME PROPERTY. THE TRUSTEE HAS LEARNED THAT THE PROPERTY IS UNSALEABLE AS IT IS NOT BUILDABLE. THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE. THE TRUSTEE IS NOW FILING HER FINAL TAX RETURNS AND CLOSING THE ESTATE.

STATUS jANUARY 2017: THE TRUSTEE WAS ADVISED THAT THE DEBTOR HAD DIED AND THAT THERE WAS AN ESTATE THAT HAD ASSETS WHICH WOULD BELONG TO THE BANKRUPTCY ESTATE. aFTER SPENDING A CONSIDERABLE AMOUNT OF TIME WITH THE COUNSEL FOR THE EXECUTORS IN A SITUATION WHERE THERE WAS A QUESTION OF WHETHER OR NOT THERE WAS A WILL THE TRUSTEE HAS RECENTLY DETERMINED THAT THE ESTATE WILL YIELD NO MONETARY FUNDS TO THE BANKRUPTCY ESTATE.

cURRENTLY THERE FOR THE TRUSTEE IS CLOSING THIS CASE AND EXPECTS TO HAVE THE FINAL REPORTS ON FILE

**Initial Projected Date Of Final Report (TFR):** September 30, 2015  **Current Projected Date Of Final Report (TFR):** May 31, 2017

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-42225  
**Case Name:** HOGAN, MARY E  
**Taxpayer ID #:** **-***1409  
**Period Ending:** 10/19/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/13 | {11} | Hogan | Cash in Bank | 1129-000 | 13,938.69 | | 13,938.69 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.70 | 13,923.99 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.69 | 13,903.30 |
| 02/25/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-42225, Bond Premium<br>Voided on 03/07/14 | 2300-000 | | 17.79 | 13,885.51 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.66 | 13,866.85 |
| 03/07/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-42225, Bond Premium<br>Voided: check issued on 02/25/14 | 2300-000 | | -17.79 | 13,884.64 |
| 03/07/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-42225, Bond Premium<br>Voided on 03/10/14 | 2300-000 | | 14.36 | 13,870.28 |
| 03/10/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-42225, Bond Premium<br>Voided: check issued on 03/07/14 | 2300-000 | | -14.36 | 13,884.64 |
| 03/10/14 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #12-42225, Bond Premium | 2300-000 | | 14.36 | 13,870.28 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.29 | 13,850.99 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.25 | 13,829.74 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.89 | 13,809.85 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.20 | 13,790.65 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.81 | 13,768.84 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.14 | 13,749.70 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.09 | 13,728.61 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.40 | 13,708.21 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.74 | 13,690.47 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.31 | 13,668.16 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.65 | 13,648.51 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.32 | 13,630.19 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.91 | 13,609.28 |
| 04/03/15 | 104 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE | 2300-000 | | 7.45 | 13,601.83 |

Subtotals :     $13,938.69     $336.86

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-42225  
**Case Name:** HOGAN, MARY E  

**Taxpayer ID #:** **-***1409  
**Period Ending:** 10/19/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #12-42225, Bond | | | | |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.56 | 13,582.27 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.88 | 13,563.39 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.80 | 13,542.59 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.12 | 13,522.47 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.80 | 13,503.67 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.71 | 13,482.96 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.39 | 13,463.57 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.71 | 13,444.86 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.27 | 13,423.59 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.61 | 13,404.98 |
| 02/22/16 | 105 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #12-42225 | 2300-000 | | 6.15 | 13,398.83 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.58 | 13,380.25 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.11 | 13,359.14 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.52 | 13,340.62 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.49 | 13,322.13 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.02 | 13,301.11 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.44 | 13,282.67 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.95 | 13,261.72 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.02 | 13,242.70 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.35 | 13,224.35 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.23 | 13,204.12 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.93 | 13,185.19 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.22 | 13,164.97 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.67 | 13,147.30 |
| 03/02/17 | 106 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-42225<br>Voided on 03/02/17 | 2300-000 | | 4.02 | 13,143.28 |
| 03/02/17 | 106 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-42225<br>Voided: check issued on 03/02/17 | 2300-000 | | -4.02 | 13,147.30 |
| 03/02/17 | 107 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-42225 | 2300-000 | | 4.03 | 13,143.27 |

Subtotals :     $0.00     $458.56

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-42225  
**Case Name:** HOGAN, MARY E  
**Taxpayer ID #:** **-***1409  
**Period Ending:** 10/19/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Voided on 03/02/17 | | | | |
| 03/02/17 | 107 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-42225 Voided: check issued on 03/02/17 | 2300-000 | | -4.03 | 13,147.30 |
| 03/02/17 | 108 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #12-42225, Bond | 2300-000 | | 4.03 | 13,143.27 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.53 | 13,123.74 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.61 | 13,106.13 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.73 | 13,085.40 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.81 | 13,066.59 |
| 09/15/17 | 109 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,143.87, Trustee Compensation;  Reference: | 2100-000 | | 2,143.87 | 10,922.72 |
| 09/15/17 | 110 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $388.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 388.50 | 10,534.22 |
| 09/15/17 | 111 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $4,795.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,795.00 | 5,739.22 |
| 09/15/17 | 112 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $218.08, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 218.08 | 5,521.14 |
| 09/15/17 | 113 | Office of the U.S. Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $975.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 975.00 | 4,546.14 |
| 09/15/17 | 114 | Konstatine Gus Sparagus | Dividend paid 10.26% on $44,027.50, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6210-000 | | 4,521.00 | 25.14 |
| 09/15/17 | 115 | Konstatine Gus Sparagus | Dividend paid 10.26% on $244.80, Attorney for D-I-P Expenses (Chapter 11);  Reference: | 6220-170 | | 25.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,938.69 | 13,938.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,938.69 | 13,938.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,938.69** | **$13,938.69** | |

{} Asset reference(s)   Printed: 10/19/2017 06:41 PM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 12-42225 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| | | | **Bank Name:** | Rabobank, N.A. |
| **Case Name:** | HOGAN, MARY E | | **Account:** | ******6566 - Checking Account |
| **Taxpayer ID #:** | **-***1409 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/19/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ******6566** | | 13,938.69 | 13,938.69 | 0.00 |
| | | | | | $13,938.69 | $13,938.69 | $0.00 |

{} Asset reference(s)                              Printed: 10/19/2017 06:41 PM   V.13.30